```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF NORTH CAROLINA
              WESTERN DIVISION
       Civil Action No.  5:14-CV-437-FL
```

| | |
|---|---|
| **UNITED STATES OF AMERICA, for the use and benefit of GORE HEATING AND A/C, INC.** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**GSC CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY,** )<br>)<br>)<br>)<br>**Defendants.** ) | **ORDER** |

This matter is before the Court on Motion of the Defendants, GSC Construction, Inc. (herein "GSC") and Liberty Mutual Insurance Company (herein, "Liberty Mutual")(herein collectively "Defendants"), for an Order seeking to stay this civil action pending arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. 2, et seq., and seeking an order transferring this civil action to the United States District Court, Southern District of Georgia pursuant to 28 U.S.C. 1404(a).

It appears to the Court that the claims between GSC and the Plaintiff are properly subjected to a mandatory arbitration clause and a mandatory forum selection clause. It also appears

to the Court that pursuant to the Federal Arbitration Act, 9 U.S.C. 2, et seq., this civil action should be stayed as to all parties pending arbitration in Augusta, Georgia. It further appears to the Court that pursuant to 28 U.S.C. 1404(a) this civil action should be transferred to the United States District Court, Southern District of Georgia for further proceedings to facilitate arbitration.

IT IS, THEREFORE, ORDERED that the above-captioned civil action is hereby stayed as to all parties pending arbitration of the various claims between GSC and the Plaintiff pursuant to the Federal Arbitration Act, 9 U.S.C. 2, et seq. It is further ordered pursuant to 28 U.S.C. 1404(a) that this civil action shall be transferred to the United States District Court, Southern District of Georgia for further proceedings to facilitate arbitration.

This, the 16th day of January, 2015

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE