# United States District Court
## Southern District of Georgia

U.S. [stamp] RT
2015 MAY 20 A 9 34
[signature] JBurton
S. DIST. OF GA.

Gore Heating and A/C, Inc.,
_____
Plaintiff

v.

GSC Construction, Inc., and
Liberty Mutual Insurance Co.
_____
Defendant

Case No. _____CV1: 15-8_____

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 20th day of May, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| **NAME OF PETITIONER:** | James P. Laurie III |
| **Business Address:** | The Law Office of James P. Laurie III, PLLC |
| | Firm/Business Name |
| | 9121 Anson Way, Suite 200 |
| | Street Address |
| | Raleigh / NC / 27615 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 919-256-4455 / N/A |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| **Email Address:** | jameslaurie@laurielaw.com |